■ In the Matter of RAYMOND SUMPTER, Respondent, v ROCHESTER POLICE DEPARTMENT et al., Appellants. [668 NYS2d 517] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Fisher, J. (Appeal from Judgment of Supreme Court, Monroe County, Fisher, J.—CPLR art 78.) Present—Denman, P. J., Green, Callahan, Balio and Fallon, JJ.